IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, § § § § Plaintiffs, § § vs. § § MURPHY OIL CORPORATION and § MURPHY USA Inc., § § Defendants. | Civil Action No. 2:13-cv-00791<br><br>JURY TRIAL DEMANDED |

**DEFENDANT MURPHY USA INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 Defendant Murphy USA Inc. ("Murphy USA"), a publicly-traded Delaware corporation, discloses that it has no corporate parent. Murphy USA further discloses that Fidelity Management & Research Company owns more than 10% of Murphy USA's issued outstanding stock.

Respectfully submitted,

/s/ John M. Jackson
John M. Jackson
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6109
Facsimile:   (214) 661-6645

**ATTORNEYS FOR DEFENDANT
MURPHY USA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, November 27, 2013.

/s/ John M. Jackson
John M. Jackson

9776048v.2